UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Trevor Marcellus Bland**  Docket No. 7:14-MJ-1016-1

**Petition for Action on Probation**

COMES NOW, Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Trevor Marcellus Bland, who, upon an earlier plea of guilty to Possession of Marijuana, 21 U.S.C. § 844, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on April 1, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 2, 2014, Bland was originally placed on 12 months of special probation as specified by 18 U.S.C. § 3607, without a conviction being entered. However, on April 1, 2015, in response to his continued drug use, the court revoked the term of special probation, entered a conviction, and placed the probationer on 12 months probation.

On April 6, 2015, during a community contact with the probation officer, the probationer admitted to smoking marijuana prior to his court date on April 1, 2015. No drug test was conducted that date. On June 4, 2015, the probationer submitted a urine screen which revealed a positive result for the use of marijuana. The probationer admitted to smoking marijuana and stated he may have a problem abstaining from future use. The probationer has been participating in substance abuse counseling at North Carolina Central University (NCCU) and has been instructed to attend at least 2 narcotics anonymous (NA) meetings per week.

On May 24, 2015, the probationer incurred a citation in Bertie County, Windsor, NC, for Possession of Open Container/Consume Alcohol in Passenger Area, Case # 15IF 700693.

On June 4, 2015, the probationer admitted to leaving the district without permission in May 2015. The probation officer administered application of the cognitive model and the probationer was admonished for leaving the district without permission.

The supervising probation officer has recommended that the probationer be continued on supervision to participate in treatment and his conditions modified to include jail time as a sanction. It is therefore recommended that the probationer serve two weeks in jail.

The probationer signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 weeks, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Trevor Marcellus Bland
Docket No. 7:14-MJ-1016-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing
> is true and correct.
> /s/ Pamela O. Thornton
> 2 Princess Street Suite 308
> Wilmington, NC 28401-3958
> Phone: 910-679-2048
> Executed On: July 15, 2015

## ORDER OF THE COURT

Considered and ordered this __17__ day of __July__, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge