UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Trevor Marcellus Bland        Docket No. 7:14-MJ-1016-1RJ

Petition for Action on Supervised Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Trevor Marcellus Bland, who, upon an earlier plea of guilty to Possession of Marijuana, 21 U.S.C. § 844, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on April 1, 2015, to a term of 12 months probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 1, 2015, having been revoked from his term of supervision pursuant to 18 U.S.C. § 3607, Bland was placed on a term of 12 months probation. On July 17, 2015, the court modified Bland's conditions to include 14 days of confinement as a sanction against his continued use of marijuana.

On July 14, 2015, Bland admitted to his supervising probation officer in the Middle District of North Carolina, that he used marijuana on July 9, 2015. Further, a urinalysis test conducted on October 27, 2015, revealed a positive result for marijuana.

Bland is supervised by United States Probation in the Middle District of North Carolina. It is their request that the court modify the offender's conditions to include location monitoring home detention for the remainder of his term of supervision which is scheduled for completion on March 31, 2016.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer until further court order. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>Erik J. Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2031<br>Executed On: January 25, 2016 |

Trevor Marcellus Bland
Docket No. 7:14-MJ-1016-1RJ
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  25  day of  January , 2016 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge